# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POCONO MEDICAL CENTER d/b/a  
LEHIGH VALLEY HOSPITAL - POCONO,  

   Plaintiff,  

 v.              3:22-CV-1901  
               (JUDGE MARIANI)  

JNESO DISTRICT COUNCIL 1,  
INTERNATIONAL UNION OF  
OPERATING ENGINEERS, AFL-CIO  

   Defendant.  

## ORDER

AND NOW, THIS **21st** DAY OF JULY, 2023, upon consideration of the Defendant's Motion to Confirm Arbitration Award and to Dismiss Complaint (Doc. 4 and attachments thereto), for the reasons set forth in the accompanying memorandum opinion addressing the motion to dismiss, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss is **GRANTED**.

2. Plaintiff's Complaint and Motion to Vacate Arbitration Award (Doc. 1) is **DISMISSED**.

_/s/ Robert D. Mariani_  
Robert D. Mariani  
United States District Judge