# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

POCONO MEDICAL CENTER d/b/a  
LEHIGH VALLEY HOSPITAL - POCONO,  

    Plaintiff,  

v.                                  3:22-CV-1901  
                                    (JUDGE MARIANI)

JNESO DISTRICT COUNCIL 1,  
INTERNATIONAL UNION OF  
OPERATING ENGINEERS, AFL-CIO  

    Defendant.

## ORDER

AND NOW, THIS **21st** DAY OF JULY, 2023, upon consideration of the Defendant's Motion to Confirm Arbitration Award and to Dismiss Complaint (Doc. 4 and attachments thereto), for the reasons set forth in the accompanying memorandum opinion addressing the motion to confirm the Arbitration Award, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Confirm the Arbitration Award is **GRANTED**.

2. The Arbitration Award of Arbitrator Louis P. Verrone, dated November 3, 2022 (Doc. 1-2) is **CONFIRMED**.

*/s/ Robert D. Mariani*  
Robert D. Mariani  
United States District Judge